UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOLAR,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>      Defendant. | )<br>)  Case No. ED CV 10-1748 PJW<br>)<br>)<br>)  J U D G M E N T<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion and Order.

DATED: October 24, 2011.

                                          /s/ Patrick J. Walsh
                                        PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\BOLAR, R 1748\judgment.wpd